[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
JAN 31 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

RENA L. BLADE (+) ALFONZO FIELDS JR APT 117, Plaintiff

v.

1:23-cv-00592
Judge John F. Kness
Magistrate Jeffrey Cummings
Random Assignment

(owners) Defendant
OHARE Kitchenettes
2301 W. MANNHEIM RD.
MELROSE PK. IL. 60164

## COMPLAINT

① Feb. 8th - 2021 AT O'HARE KITCHENETTES A FIRE ERUPTED, WE LOST EVERY THING! ALSO THE ESTABLISHMENT HAD AN HANDY MAN, WHO WASN'T LICENSED OR BONDED TO HANDLE ELECTRICAL SITUATIONS. WE TOLD MANAGEMENT ABOUT HIS IN Comptency, IN ELECTRICY! TO NO AVAIL, OUR HEATER KEPT GOING OUT. BUT THIS SO CALLED, HANDY MASGURADING AS A ELECTRICIAN. STARTED TO HOT-WIRE THE HEATERS, TO WHERE, THEY STAYED ON, NEVER CUT-OFF. IN DOING SO MANAGEMENT CONTINUE TO IGNORE THE PROBLEM. WHICH WENT UNADDRESSED UNTIL FEB 8TH 2021, THE WHOLE COMPOUND, BURNED-UP. WHICH WAS CAUSE BY FAULTY WIRING!

Sincerely Mr. Alfonzo Fields Jr.
Mr. Alfonzo Fields Jr.

RENA L. BLADE
1-31-2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EVIDENCE ORIGINAL


**American Red Cross**
Chicago & Northern Illinois

American Red Cross of Chicago & Northern Illinois
Casework & Recovery Program
The Rauner Center
2200 West Harrison Street
Chicago, Illinois 60612
872-215-1579 | redcross.org

**To Whom It May Concern:**

On behalf of the American Red Cross Disaster Services: Casework & Recovery Program, this letter is to verify that *M Fields JR.*

Name: *RENA BEAVER-ALFONZO* Case ID: _____

experienced a fire at the residence of *MELROSE PK, IL 60164*

Address: *2301 MANNHEIM #117* on

Date: *2/8/21*. This individual is protected under the confidentiality policies of the American Red Cross and has consented to share that they have been affected by an incident in which they qualify for financial assistance from our agency. We authorize that they qualify for services from additional agencies and organizations that may contribute to their recovery.

Number of Adults: *2*    Children: *0*

Any further questions may be directed to the American Red Cross Casework & Recovery Program at **872-215-1579**.

Sincerely,

DAT Responder
American Red Cross of Chicago & Northern Illinois
Casework & Recovery Program
The Rauner Center
2200 West Harrison Street
Chicago, Illinois 60612
(p) 872-215-1579 (e) chicagoccw@redcross.org

ORIGINAL

# NE Illinois Community Organizations Active in Disaster (COAD)
## Client Registration Form & Privacy release form-Melrose Park fire

Confidentiality Release Signed: ☑ Yes ☐ No          Date: 2-18-2021

Name: Rena Blade          DOB: 10-23-57   Language: English

Pre-Disaster Address: 2301 N. Mannheim Rd, Melrose Park, IL 60164  #117

Contact Address: 2080 N. Melrose Park, IL 60164

Phone: 630-728-8981   Alt. Phone: 708-759-2934   Email: _____

Household Members:

| Name | Gender | DOB | Age | Relationship to Household Head | Injured |
|---|---|---|---|---|---|
| Alfonzo Fields Jr | M | 9-30-58 | 62 | Wife | Traumatized yes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Race: ☐ White   ☑ Black   ☐ Hispanic   ☐ Native American   ☐ Asian   ☐ Other

Pets: ☑ No   ☐ Yes   Describe: _____

Insurance Coverage:   ☐ Structure   ☐ Contents   ☐ Flood   ☐ None

Insurance Co. ?  NA ?   Claim # ?  NA   Phone # ?

Immediate Needs:
☑ Food          ☑ Medical/RXs      ☑ Clothing         ☑ Housing        ☐ Debris Removal
☐ Employment    ☑ Rent/Utilities   ☐ Transportation   ☐ Counseling     ☑ Referrals
☐ Other: _____

If clothing, state type and sizes:: _____

# NFIRS-1 Basic

| Field | Value |
|---|---|
| FDID | CN302 |
| State | IL |
| Incident Date | 02/08/2021 |
| Station | 1 |
| Incident Number | 21-0000152 |
| Exposure | 000 |
| Delete / Change / No Activity | — |

## B Location*

- [X] Street address
- [ ] Intersection
- [ ] In front of
- [ ] Rear of
- [ ] Adjacent to
- [ ] Directions

Census Tract: 8113-00

Number/Milepost: 2301  Prefix: N  Street or Highway: MANNHEIM  Street Type: RD  Suffix: N

Apt./Suite/Room: 117  City: MELROSE PARK  State: IL  Zip: 60164

## C Incident Type*

111 — Building fire

## D Aid Given or Received*

- 1 [X] Mutual aid received
- 2 [ ] Automatic aid recv.
- 3 [ ] Mutual aid given
- 4 [ ] Automatic aid given
- 5 [ ] Other aid given
- N [ ] None

Their FDID: CN112  Their State: IL  Their Incident Number: 21-0252

## E1 Date & Times (Midnight is 0000)

| Event | Month | Day | Year | Hr:Min:Sec |
|---|---|---|---|---|
| Alarm* | 02 | 08 | 2021 | 01:38:00 |
| [X] Arrival* | 02 | 08 | 2021 | 01:44:00 |
| [X] Controlled | 02 | 08 | 2021 | 07:30:00 |
| [X] Last Unit Cleared | 02 | 08 | 2021 | 11:00:00 |

## E2 Shift & Alarms

Shift or Platoon: 2  Alarms: 02  District: 001

## E3 Special Studies

Special Study ID#: —  Special Study Value: —

## F Actions Taken*

- 11 — Extinguishment by fire (Primary Action Taken 1)
- 21 — Search (Additional Action Taken 2)
- 12 — Salvage & overhaul (Additional Action Taken 3)

## G1 Resources*

[X] Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0003 | 0010 |
| EMS | | |
| Other | | |

[ ] Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.

- Property $ 002,000,000  [ ] None
- Contents $ ___,750,000  [ ] None

PRE-INCIDENT VALUE: Optional

- Property $ 002,000,000  [ ] None
- Contents $ ___,750,000  [ ] None

## Completed Modules

- [X] Fire-2
- [X] Structure-3
- [X] Civil Fire Cas.-4
- [X] Fire Serv. Cas.-5
- [ ] EMS-6
- [ ] HazMat-7
- [ ] Wildland Fire-8
- [X] Apparatus-9
- [X] Personnel-10
- [ ] Arson-11

## H1 Casualties [ ] None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | 001 |
| Civilian | | 001 |

## H2 Detector

Required for Confined Fires.
- 1 [ ] Detector alerted occupants
- 2 [ ] Detector did not alert them
- U [ ] Unknown

## H3 Hazardous Materials Release

- N [ ] None
- 1 [ ] Natural Gas: slow leak, no evacuation or HazMat actions
- 2 [ ] Propane gas: <21 lb. tank (as in home BBQ grill)
- 3 [ ] Gasoline: vehicle fuel tank or portable container
- 4 [ ] Kerosene: fuel burning equipment or portable storage
- 5 [ ] Diesel fuel/fuel oil: vehicle fuel tank or portable
- 6 [ ] Household solvents: home/office spill, cleanup only
- 7 [ ] Motor oil: from engine or portable container
- 8 [ ] Paint: from paint cans totaling < 55 gallons
- 0 [ ] Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

## I Mixed Use Property

- NN [ ] Not Mixed
- 10 [ ] Assembly use
- 20 [ ] Education use
- 33 [ ] Medical use
- 40 [X] Residential use
- 51 [ ] Row of stores
- 53 [ ] Enclosed mall
- 58 [ ] Bus. & Residential
- 59 [ ] Office use
- 60 [ ] Industrial use
- 63 [ ] Military use
- 65 [ ] Farm use
- 00 [ ] Other mixed use

## J Property Use*

### Structures
- 131 [ ] Church, place of worship
- 161 [ ] Restaurant or cafeteria
- 162 [ ] Bar/Tavern or nightclub
- 213 [ ] Elementary school or kindergarten
- 215 [ ] High school or junior high
- 241 [ ] College, adult education
- 311 [ ] Care facility for the aged
- 331 [ ] Hospital
- 341 [ ] Clinic, clinic type infirmary
- 342 [ ] Doctor/dentist office
- 361 [ ] Prison or jail, not juvenile
- 419 [ ] 1-or 2-family dwelling
- 429 [ ] Multi-family dwelling
- 439 [ ] Rooming/boarding house
- 449 [X] Commercial hotel or motel
- 459 [ ] Residential, board and care
- 464 [ ] Dormitory/barracks
- 519 [ ] Food and beverage sales
- 539 [ ] Household goods, sales, repairs
- 579 [ ] Motor vehicle/boat sales/repair
- 571 [ ] Gas or service station
- 599 [ ] Business office
- 615 [ ] Electric generating plant
- 629 [ ] Laboratory/science lab
- 700 [ ] Manufacturing plant
- 819 [ ] Livestock/poultry storage (barn)
- 882 [ ] Non-residential parking garage
- 891 [ ] Warehouse

### Outside
- 124 [ ] Playground or park
- 655 [ ] Crops or orchard
- 669 [ ] Forest (timberland)
- 807 [ ] Outdoor storage area
- 919 [ ] Dump or sanitary landfill
- 931 [ ] Open land or field
- 936 [ ] Vacant lot
- 938 [ ] Graded/care for plot of land
- 946 [ ] Lake, river, stream
- 951 [ ] Railroad right of way
- 960 [ ] Other street
- 961 [ ] Highway/divided highway
- 962 [ ] Residential street/driveway
- 981 [ ] Construction site
- 984 [ ] Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use: 449 — Hotel/motel, commercial

NFIRS-1 Revision 03/11/99

eyden fire

CN302  02/08/2021  21-0000152

## Person/Entity Involved
Local Option

ORIGINAL

[ ] Check This Box if same address as incident location. Then skip the three duplicate address lines.

Business name (if applicable) | Area Code | Phone Number

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

[ ] More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## K2 Owner
Local Option

[ ] Same as person involved? Then check this box and skip the rest of this section.

Business name (if Applicable) | Area Code | Phone Number

[ ] Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

## L Remarks
Local Option

Dispatched for working structure fire. Q-133 and A-130 responded lights and sirens. Full Still companies dispatched as well. Updated enroute by dispatch, multiple callers and AFA activation at location. Alarm elevated to Box level enroute.

Upon arrival noted second story apartment unit, 217, fully involved. Heavy smoke and flame present, and extension noted into exterior balcony outside involved unit. Initial report given and Command assumed by Q-133, operation moved to fireground red. Initial attack line (1 3/4" SB) deployed to second floor from east side stairwell. Primary search began with apartment units directly adjacent to involved unit, one occupant of initially involve unit removed from secondary floor, no other occupants found. A-130 renders first aid, and transferred patient to Norwood Park A-106 upon their arrival. A-106 transported victim to LUMC.

Initial attack showed improvement in involved unit. Command transferred to Franklin Park B-2 upon arrival. EMS Box called for displaced persons. Northlake E-806 designated water supply for Q-133. E-806 reported initial hydrant frozen, proceeding to secondary hydrant. Command advised all personnel that flame visible from roof vents several units from initially involved unit. E-806 reported secondary hydrant frozen. Q-133 and E-806 tank water exhausted, initial attack line removed from second floor. Alarm elevated to second level. Primary search and evacuations completed on second floor. Primary searched and evacuations of first floor units completed. Secondary search of second floor completed when a partial soffit collapse occurred on second floor balcony. Personnel evacuated from second floor. Secondary search completed of first floor units. Defensive operations began. Shortly after defensive operations declared, roof collapse noted. Large sections of collapsed roof material impeded the application of water from aerial master streams initially in service.

## L Authorization

| 460 | HINTZ, JOSHUA | LT | | 02 | 08 | 2021 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

[X] Check Box if same as Officer in charge.

| 460 | HINTZ, JOSHUA | LT | | 02 | 08 | 2021 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

yden fire

CN302    02/08/2021    21-0000152

ORIGINAL

| FDID | State | Incident Date | | | Station | Incident Number | Exposure | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| CN302 | IL | MM 2 | DD 8 | YYYY 2021 | 1 | 21-0000152 | 000 | |

**Narrative:**

Dispatched for working structure fire. Q-133 and A-130 responded lights and sirens. Full Still companies dispatched as well. Updated enroute by dispatch, multiple callers and AFA activation at location. Alarm elevated to Box level enroute.

Upon arrival noted second story apartment unit, 217, fully involved. Heavy smoke and flame present, and extension noted into exterior balcony outside involved unit. Initial report given and Command assumed by Q-133, operation moved to fireground red. Initial attack line (1 3/4" SB) deployed to second floor from east side stairwell. Primary search began with apartment units directly adjacent to involved unit, one occupant of initially involve unit removed from secondary floor, no other occupants found. A-130 renders first aid, and transferred patient to Norwood Park A-106 upon their arrival. A-106 transported victim to LUMC.

Initial attack showed improvement in involved unit. Command transferred to Franklin Park B-2 upon arrival. EMS Box called for displaced persons. Northlake E-806 designated water supply for Q-133. E-806 reported initial hydrant frozen, proceeding to secondary hydrant. Command advised all personnel that flame visible from roof vents several units from initially involved unit. E-806 reported secondary hydrant frozen. Q-133 and E-806 tank water exhausted, initial attack line removed from second floor. Alarm elevated to second level. Primary search and evacuations completed on second floor. Primary searched and evacuations of first floor units completed. Secondary search of second floor completed when a partial soffit collapse occurred on second floor balcony. Personnel evacuated from second floor. Secondary search completed of first floor units. Defensive operations began. Shortly after defensive operations declared, roof collapse noted. Large sections of collapsed roof material impeded the application of water from aerial master streams initially in service.

Schiller Park, Franklin Park, and Bellwood aerial units deployed. Master streams limited due to low water supply. Further collapse of second floor units into the first floo noted. Further extension of fire difficult to access for extinguishment. Leyden Township personnel activated additional pumps and provided salt to frozen areas of operation. Handlines discontinued to conserve water supply for aerials. Township personnel provided construction equipment for overhaul and access to fires. Overhaul of balcony and exterior walls allowed access to void spaces for extinguishment.

Oncoming shift relieved personnel at 0700. Verbal report given to oncoming personnel, and change of shift completed on scene. Off-going personnel returned to station. Q-133 remained on scene and completed final salvage and overhaul operations. Q-133 returned to quarters for replacement of hand line and air tanks upon extinguishment of the fire. Command terminated.

ORIGINAL

# NFIRS-2 Fire

## A
- FDID: CN302
- State: IL
- Incident Date: 02/08/2021
- Station: 1
- Incident Number: 21-0000152
- Exposure: 000
- [ ] Delete
- [ ] Change
- [ ] No Activity

## B Property Details

**B1** 0040 [ ] Not Residential
Estimated Number of residential living units in building of origin whether or not all units became involved

**B2** 001 [ ] Buildings not involved
Number of buildings involved

**B3** ____ [ ] None
Acres burned (outside fires) [ ] Less than one acre

## C On-Site Materials or Products [ ] None
Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the Property, whether or not they became involved

On-site material (1): ____
1 [ ] Bulk storage or warehousing
2 [ ] Processing or manufacturing
3 [ ] Packaged goods for sale
4 [ ] Repair or service

On-site material (2): ____
1 [ ] Bulk storage or warehousing
2 [ ] Processing or manufacturing
3 [ ] Packaged goods for sale
4 [ ] Repair or service

On-site material (3): ____
1 [ ] Bulk storage or warehousing
2 [ ] Processing or manufacturing
3 [ ] Packaged goods for sale
4 [ ] Repair or service

## D Ignition

**D1** 14 | Common room, den,
Area of fire origin *

**D2** 66 | Candle
Heat source *

**D3** 36 | Curtain, blind,
Item first ignited * [ ] Check Box if fire spread was confined to object of origin

**D4** 71 | Fabric, fiber, cotton,
Type of material first ignited — Required only if item first ignited code is 00 or <70

## E1 Cause of Ignition

[ ] Check box if this is an exposure report. Skip to section G

1 [ ] Intentional
2 [ ] Unintentional
3 [ ] Failure of equipment or heat source
4 [ ] Act of nature
5 [X] Cause under investigation
U [ ] Cause undetermined after investigation

## E2 Factors Contributing To Ignition

12 | Heat source too   [ ] None
Factor Contributing To Ignition (1)

____ | ____
Factor Contributing To Ignition (2)

## E3 Human Factors Contributing To Ignition
Check all applicable boxes

1 [ ] Asleep       [ ] None
2 [X] Possibly impaired by alcohol or drugs
3 [ ] Unattended person
4 [ ] Possibly mental disabled
5 [ ] Physically Disabled
6 [ ] Multiple persons involved
7 [ ] Age was a factor

Estimated age of person envolved: ____

1 [ ] Male          2 [ ] Female

## F1 Equipment Involved In Ignition
[ ] None — If Equipment was not involved, Skip to Section G

Equipment Involved: ____
Brand: ____
Model: ____
Serial #: ____
Year: ____

## F2 Equipment Power
Equipment Power Source: ____

## F3 Equipment Portability
1 [ ] Portable
2 [ ] Stationary

Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.

## G Fire Suppression Factors
Enter up to three codes.  [ ] None

213 | Doors left open or
Fire suppression factor (1)

161 | Attic undivided
Fire suppression factor (2)

____ | ____
Fire suppression factor (3)

## H1 Mobile Property Involved
[ ] None

1 [ ] Not involved in ignition, but burned
2 [ ] Involved in ignition, but did not burn
3 [ ] Involved in ignition and burned

## H2 Mobile Property Type & Make
Mobile property type: ____
Mobile property make: ____
Moblie property model: ____
Year: ____
License Plate Number: ____  State: ____  VIN Number: ____

## Local Use
[ ] Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other Agencies

[ ] Arson report attached
[ ] Police report attached
[ ] Coroner report attached
[ ] Other reports attached

NFIRS-2 Revision 01/19/99

eyden fire

CN302     02/08/2021     21-0000152

# NFIRS-3 Structure Fire

## I1 Structure Type*
If fire was in enclosed building or a portable/mobile structure complete the rest of this form

- 1 [X] Enclosed Building
- 2 [ ] Portable/mobile structure
- 3 [ ] Open structure
- 4 [ ] Air supported structure
- 5 [ ] Tent
- 6 [ ] Open platform (e.g. piers)
- 7 [ ] Underground structure (work areas)
- 8 [ ] Connective structure (e.g. fences)
- 0 [ ] Other type of structure

## I2 Building Status

- 1 [ ] Under construction
- 2 [X] Occupied & operating
- 3 [ ] Idle, not routinely used
- 4 [ ] Under major renovation
- 5 [ ] Vacant and secured
- 6 [ ] Vacant and unsecured
- 7 [ ] Being demolished
- O [ ] Other
- U [ ] Undetermined

## I3 Building Height
Count the ROOF as part of the highest story

|_0_0_2_| Total number of stories at or above grade

|_0_0_1_| Total number of stories below grade

## I4 Main Floor Size*

|_|,|_0_5_0_|,|_0_0_0_| Total square feet

OR

|_|,|_5_0_0_| BY |_|,|_1_0_0_|
Lenght in feet    Width in feet

## J1 Fire Origin*

|_0_0_2_|  [ ] Below Grade
Story of fire origin

## J2 Fire Spread*

- 1 [ ] Confined to object of origin
- 2 [ ] Confined to room of origin
- 3 [ ] Confined to floor of origin
- 4 [X] Confined to building of origin
- 5 [ ] Beyond building of origin

## J3 Number of Stories Damaged By Flame
Count the ROOF as part of the highest story

|_| Number of stories w/ minor damage (1 to 24% flame damage)

|_| Number of stories w/ significant damage (25 to 49% flame damage)

|_0_0_1_| Number of stories w/ heavy damage (50 to 74% flame damage)

|_0_0_1_| Number of stories w/ extreme damage (75 to 100% flame damage)

## K Material Contributing Most To Flame Spread

[ ] Check if no flame spread OR same as material first ignited OR unable to determine — Skip To Section L

### K1
|_|_| |_____|
Item contributing most to flame spread

### K2
|_|_| |_____|
Type of material contributing most of flame spread

Required only if item contributing code is 00 or<70

## L1 Presence of Detectors*
(In area of the fire)

- N [ ] None Present — Skip to section M
- 1 [X] Present
- U [ ] Undetermined

## L2 Detector Type

- 1 [X] Smoke
- 2 [ ] Heat
- 3 [ ] Combination smoke - heat
- 4 [ ] Sprinkler, water flow detection
- 5 [ ] More than 1 type present
- O [ ] Other _____
- U [ ] Undetermined

## L3 Detector Power Supply

- 1 [ ] Battery only
- 2 [X] Hardwire only
- 3 [ ] Plug in
- 4 [ ] Hardwire with battery
- 5 [ ] Plug in with battery
- 6 [ ] Mechanical
- 7 [ ] Multple detectors & power supplies
- 0 [ ] Other _____
- U [ ] Undetermined

## L4 Detector Operation

- 1 [ ] Fire too small to activate
- 2 [X] Operated (Complete Section L5)
- 3 [ ] Failed to Operate (Complete Section L6)
- U [ ] Undetermined

## L5 Detector Effectiveness
Required if detector operated

- 1 [ ] Alerted Occupants, occupants responded
- 2 [X] Occupants failed to respond
- 3 [ ] There were no occupants
- 4 [ ] Failed to alert occupants
- U [ ] Undetermined

## L6 Detector Failure Reason
Required if detector failed to operate

- 1 [ ] Power failure, shutoff or disconnect
- 2 [ ] Improper installation or placement
- 3 [ ] Defective
- 4 [ ] Lack of maintenance, includes cleaning
- 5 [ ] Battery missing or disconnected
- 6 [ ] Battery discharged or dead
- 0 [ ] Other _____
- U [ ] Undetermined

## M1 Presence of Automatic Extinguishment System*

- N [X] None Present
- 1 [ ] Present — Complete rest of Section M

## M2 Type of Automatic Extinguishment System*
Required if fire was within designed range of AES

- 1 [ ] Wet pipe sprinkler
- 2 [ ] Dry pipe sprinkler
- 3 [ ] Other sprinkler system
- 4 [ ] Dry chemical system
- 5 [ ] Foam system
- 6 [ ] Halogen-type system
- 7 [ ] Carbon dioxide ($CO_2$) system
- 0 [ ] Other special hazard system
- U [ ] Undetermined

## M3 Automatic Extinguishment System Operation
Required if fire was within designed range

- 1 [ ] Operated & effective (Go to M4)
- 2 [ ] Operated & not effective (M4)
- 3 [ ] Fire too small to activate
- 4 [ ] Failed to operate (Go to M5)
- 0 [ ] Other
- U [ ] Undetermined

## M4 Number of Sprinkler Heads Operating
Required if system operated

|_| Number of sprinkler heads operating

## M5 Automatic Extinguishment System Failure Reason
Required if system failed

- 1 [ ] System shut off
- 2 [ ] Not enough agent discharged
- 3 [ ] Agent discharged but did not reach fire
- 4 [ ] Wrong type of system
- 5 [ ] Fire not in area protected
- 6 [ ] System components damaged
- 7 [ ] Lack of maintenance
- 8 [ ] Manual Intervention
- 0 [ ] Other _____
- U [ ] Undetermined

NFIRS-3 Revision 01/19/99

Leyden fire

CN302    02/08/2021    21-0000152

# NFIRS - 4 Civilian Fire Casualty

**A** — FDID: CN302 | State: IL | Incident Date: 2/8/2021 | Station: 1 | Incident Number: 21-0000152 | Exposure: 000 | ORIGINAL

**B** Injured Person: [X] 2 Female

First Name: Heather | Last Name: Hope

**C** Casualty Number: 1

**D** Age: 57 — OR — 10/15/1963

**E1** Race: (none checked)

**E2** Ethnicity: (Hispanic not checked)

**F** Affiliation: (none checked)

**G** Date & Time of Injury: 2/8/2021

**H** Severity: [X] 2 Moderate

**I** Cause of Injury: (none checked visibly)

**J** Human Factors Contributing to Injury: (none checked)

**K** Factors Contributing to Injury: [X] None — NN None

**L** Activity When Injured: [X] 8 Irrational act

**M1** Location at Time of Incident: [X] 4 In area or origin and involved

**M2** General Location at Time of Injury: [X] 1 In area of fire origin — Skip To Section N

**M3** Story at Time of Incident: Story at START of incident: 2

**M4** Story Where Injury Occurred: (blank)

**M5** Specific Location at Time of Injury: 14 Common room, den, family

**N** Primary Apparent Symptom: [X] 11 Burns & smoke inhalation

**O** Primary Area of Body Injured: [X] 9 Multiple body parts

**P** Disposition: [X] Transported to emergency care facility

Remarks — Local option:
Victim has exited involved fire unit prior to our arrival and was located on exterior balcony several feet from unit. Victim indicated to EMS that she had been using incense or candles near drapes when they ignited. Victim sustained approximately 35%

NFIRS-4 Revision 11/17/98

yden fire

CN302   02/08/2021   21-0000152

ORIGINAL

# NFIRS - 5
## Fire Service Casualty

**A**
| CN302 | IL | 2 | 8 | 2021 | 1 | 21-0000152 | 000 | ☐ Delete |
|---|---|---|---|---|---|---|---|---|
| FDID * | State * | MM | DD | YYYY | Station | Incident Number * | Exposure * | ☐ Change |
| | | | Incident Date * | | | | | |

**B Injured Person**
Identification Number
1 ☒ Male   *   1 ☐ Career
2 ☐ Female       2 ☐ Volunteer

First Name: JASON
MI:
Last Name: MUSGROVE
Suffix:

**C Casualty Number** *
1
Casualty Number

**D Age or Date of Birth** *
Age: 37 In years
OR
Date Of Birth: Month __ Day __ Year __

**E Date & Time of Injury**   Midnight is 0000
Date of Injury: 2 Month  8 Day  2021 Year
Time of Injury: 02:00:00 Hour Minutes

**F Responses**
3
Number of prior responses during past 24 hours

**G1 Usual Assignment**
1 ☒ Suppression
2 ☐ EMS
3 ☐ Prevention
4 ☐ Training
5 ☐ Maintenance
6 ☐ Communications
7 ☐ Administration
8 ☐ Fire investigation
0 ☐ Other

**G2 Physical Condition Just Prior To Injury**
1 ☒ Rested      0 ☐ Other
2 ☐ Fatigued    U ☐ Undetermined
4 ☐ ILL or Injured

**G3 Severity**
1 ☐ Report only, including exposure
2 ☒ First aid only
3 ☐ Treated by physician (no lost time)
4 ☐ Moderate (lost time)
5 ☐ Severe (lost time)
6 ☐ Life threatening (lost time)
7 ☐ Death

**G4 Taken To**
1 ☐ Hospital
4 ☐ Doctor's office
5 ☐ Morgue/funeral home
6 ☐ Residence
7 ☐ Station or quarters
0 ☐ Other
N ☒ Not transported

**G5 Activity at Time of Injury**
56 | Escaping fire/hazard
Activity at time of injury

**H1 Primary Apparent Symptom**
24 | Contusion/bruise: minor
Primary apparent symptom

**H2 Primary Area of Body Injured**
31 | Back, except spine
Primary injured body part or area

**I1 Cause of Firefighter Injury**
2 | Jump
Cause of Injury

**I2 Factor Contributing to Injury**
21 | Fire progress, including
Contributing Factor

**I3 Object Involved in Injury**
☐ None
Object involved in injury

**J1 Where Injury Occurred**
1 ☐ Enroute to FD Location
2 ☐ At FD location
3 ☐ Enroute to incident scene
4 ☐ Enroute to medical facility
5 ☒ At scene in structure
6 ☐ At scene outside
7 ☐ At medical facility
8 ☐ Returning from incident
9 ☐ Returning from med facility
0 ☐ Other

**J3 Specific Location**   Complete as Applicable
65 ☐ In aircraft
64 ☐ In boat or ship or barge
63 ☐ In rail vehicle
61 ☐ In motor vehicle
54 ☐ In sewer
53 ☐ In tunnel
49 ☐ In structure
45 ☐ In attic
36 ☐ In water
35 ☐ In well
34 ☐ In ravine
33 ☐ In quarry or mine
32 ☐ In ditch or trench
31 ☐ In open pit
28 ☐ On steep grade
27 ☐ On fire escape/outside stairs
26 ☐ On vertical surface or ledge
25 ☐ On ground ladder
24 ☐ On aerial ladder or in basket
23 ☐ On roof
22 ☐ Outside at grade
00 ☐ Other

**J4 Vehicle Type**   Complete ONLY if Specific Location code is>60
1 ☐ Suppression vehicle
2 ☐ EMS vehicle
3 ☐ Other FD vehicle
4 ☐ Non-FD vehicle

**Remarks**
FF Musgrove was completing primary search on second floor of involved building. Partial soffit collapse occurred due to progression of fire conditions. FF Musgrove jumped down nearby stairwell to avoid collapse and other personnel. FF Musgrove sustained several contusions to back and arms. FF Musgrove continued assigned operations at scene.

If protective equipment failed and was a factor in this injury, please complete the other side of this form.

**J2 Story Where Injury Occurred**
☒ Check this box and enter the story if the injury occurred inside or on a structure
Story of Injury: 2   ☐ Below grade
☐ Injury occurred outside

NFIRS-5 Revision 8/18/99

yden fire

CN302    02/08/2021    21-0000152

# NFIRS - 9 Apparatus or Resources

**A**
| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| CN302 * | IL * | 2  8  2021 * | 1 | 21-0000152 * | 000 * | ☐ Delete  ☐ Change |

**B**

| # | Apparatus or Resource * | Date and Times (Check if same as alarm date) | | | | Sent ☒ | Number of People * | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | Hour Min | | | |
| 1 | ID 126  Type 92 | Dispatch ☒  Arrival ☒  Clear ☒ | 2  2  2 | 8  8  8 | 2021  2021  2021 | 01:38  01:44  11:00 | ☒ | 1 | ☒ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 2 | ID 130  Type 76 | Dispatch ☒  Arrival ☒  Clear ☒ | 2  2  2 | 8  8  8 | 2021  2021  2021 | 01:38  01:44  11:00 | ☒ | 3 | ☒ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 3 | ID 133  Type 13 | Dispatch ☒  Arrival ☒  Clear ☒ | 2  2  2 | 8  8  8 | 2021  2021  2021 | 01:38  01:44  11:00 | ☒ | 6 | ☒ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 4 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 5 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 6 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 7 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 8 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |
| 9 | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | | | | | ☐ | | ☐ Suppression  ☐ EMS  ☐ Other | ☐☐ ☐☐ |

### Type of Apparatus or Resources

**Ground Fire Suppression**
11 Engine
12 Truck or aerial
13 Quint
14 Tanker & pumper combination
16 Brush truck
17 ARF (Aircraft Rescue and Firefighting)
10 Ground fire suppression, other

**Heavy Ground Equipment**
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy equipment, other

**Aircraft**
41 Aircraft: fixed wing tanker
42 Helitanker
43 Helicopter
40 Aircraft, other

**Marine Equipment**
51 Fire boat with pump
52 Boat, no pump
50 Marine apparatus, other

**Support Equipment**
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

**Medical & Rescue**
71 Rescue unit
72 Urban Search & rescue unit
73 High angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

**Other**
91 Mobile command post
92 Chief officer car
93 HazMat unit
94 Type 1 hand crew
95 Type 2 hand crew
99 Privately owned vehicle
00 Other apparatus/resource

NN None
UU Undetermined

> More Apparatus?
> Use Additional Sheets

NFIRS-9 Revision 11/17/98

yden fire

CN302    02/08/2021    21-0000152

ORIGINAL

## A
| CN302 | IL | 2 | 8 | 2021 | 1 | 21-0000152 | 000 | ☐ Delete ☐ Change | NFIRS - 10 Personnel |
|---|---|---|---|---|---|---|---|---|---|
| FDID * | State * | \multicolumn{3}{c|}{Incident Date *} | Station | Incident Number * | Exposure * | | |

## B Apparatus or Resource *

Use codes listed below

| | Apparatus | Date and Times (Check if same as alarm date) | | | | Sent | Number of People * | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken (List up to 4 actions for each apparatus and each personnel.) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ID 126 Type 92 | Dispatch ☒ Arrival ☒ Clear ☒ | Month 2 2 2 | Day 8 8 8 | Year 2021 2021 2021 | Hours/mins 01:38 01:44 11:00 | Sent ☒ | 1 | ☒ Suppression ☐ EMS ☐ Other | |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 340 | RYAN, KORY | FC | X | | | | |

| 2 | ID 130 Type 76 | Dispatch ☒ Arrival ☒ Clear ☒ | 2 2 2 | 8 8 8 | 2021 2021 2021 | 01:38 01:44 11:00 | Sent ☒ | 3 | ☒ Suppression ☐ EMS ☐ Other | |
|---|---|---|---|---|---|---|---|---|---|---|

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 991 | Collazo, Samantha | PM | X | | | | |
| 5115 | Alesia, Jordan | PM | X | | | | |
| 530 | GUNN, STEVE | FFP | X | | | | |

| 3 | ID 133 Type 13 | Dispatch ☒ Arrival ☒ Clear ☒ | 2 2 2 | 8 8 8 | 2021 2021 2021 | 01:38 01:44 11:00 | Sent ☒ | 6 | ☒ Suppression ☐ EMS ☐ Other | |
|---|---|---|---|---|---|---|---|---|---|---|

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 00 | NAY, KEVIN | LT | X | | | | |
| 20 | KOENIG, ROBERT | FFE | X | | | | |
| 60 | HINTZ, JOSHUA | LT | X | | | | |
| 10 | KAZEOS, THOEDORE | FFP | X | | | | |
| 40 | WASSILKOWSKY, NICK | FFP | X | | | | |
| 80 | MUSGROVE, JASON | FFP | X | | | | |

yden fire

NFIRS-10 Revision 11/17/98
CN302    02/08/2021    21-0000152

| CN302 FDID | IL State | 2 8 Incident Date | 2021 | 1 Station | 21-0000152 Incident Number | 000 Exposure | Responding Units/Personnel |

| Unit | Notify Time | Enroute Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| 26 Chief Car | 01:38:00 | 01:38:00 | 01:44:00 | 11:00:00 |

| Staff ID\Staff Name | Activity | Rank | Position | Role |
|---|---|---|---|---|
| 340 RYAN, KORY | On Duty | Fire Chief | | |

| Unit | Notify Time | Enroute Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| 30 Ambulance | 01:38:00 | 01:38:00 | 01:44:00 | 11:00:00 |

| Staff ID\Staff Name | Activity | Rank | Position | Role |
|---|---|---|---|---|
| 1991 Collazo, Samantha | On Duty | Paramedic | | Paramedic |
| 5115 Alesia, Jordan | On Duty | Paramedic | | |
| 530 GUNN, STEVE | On Duty | Firefighter | | Firefighter |

| Unit | Notify Time | Enroute Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| 33 Quint | 01:38:00 | 01:38:00 | 01:44:00 | 11:00:00 |

| Staff ID\Staff Name | Activity | Rank | Position | Role |
|---|---|---|---|---|
| 400 NAY, KEVIN | On Duty | Lieutenant | | |
| 420 KOENIG, ROBERT | On Duty | Firefighter | | Driver / Ope |
| 460 HINTZ, JOSHUA | On Duty | Lieutenant | | Duty Officer |
| 510 KAZEOS, THOEDORE | On Duty | Firefighter | | |
| 540 WASSILKOWSKY, NICK | On Duty | Firefighter | | |
| 580 MUSGROVE, JASON | On Duty | Firefighter | | Firefighter |

ORIGINAL

| FDID | State | MM | DD | YYYY | Station | Incident Number | Exposure | Responding Personnel |
|---|---|---|---|---|---|---|---|---|
| CN302 | IL | 2 | 8 | 2021 | 1 | 21-0000152 | 000 | |

| Staff ID\Staff Name | Unit | Activity | Position | Rank | PayScl | Hrs | HrsPd | Pts |
|---|---|---|---|---|---|---|---|---|
| 340 RYAN, KORY | 126 | OD On Duty | | FC | | 7.87 | 0.00 | 0.00 |
| 1991 Collazo, Samantha | 130 | OD On Duty | | PM | | 7.87 | 0.00 | 0.00 |
| 5115 Alesia, Jordan | 130 | OD On Duty | | PM | | 3.50 | 0.00 | 0.00 |
| 530 GUNN, STEVE | 130 | OD On Duty | | FFP | | 7.87 | 0.00 | 0.00 |
| 400 NAY, KEVIN | 133 | OD On Duty | | LT | | 3.50 | 0.00 | 0.00 |
| 420 KOENIG, ROBERT | 133 | OD On Duty | | FFE | | 7.87 | 0.00 | 0.00 |
| 460 HINTZ, JOSHUA | 133 | OD On Duty | | LT | | 7.87 | 0.00 | 0.00 |
| 510 KAZEOS, THOEDORE | 133 | OD On Duty | | FFP | | 3.50 | 0.00 | 0.00 |
| 540 WASSILKOWSKY, NICK | 133 | OD On Duty | | FFP | | 3.50 | 0.00 | 0.00 |
| 580 MUSGROVE, JASON | 133 | OD On Duty | | FFP | | 7.87 | 0.00 | 0.00 |

Total Participants: 10

Total Personnel Hours: 61.22

An 'X' next to the unit denotes driver.

:yden fire

CN302   02/08/2021   21-0000152

ORIGINAL

## A

| FDID | State | Incident Date | | | Station | Incident Number | Exposure | | |
|---|---|---|---|---|---|---|---|---|---|
| CN302 | IL | MM 2 | DD 8 | YYYY 2021 | 1 | 21-0000152 | 000 | ☐ Delete ☐ Change | Insurance and $Loss |

## B Estimated Dollar Loss & Value

| | Pre-Incident Value | Estimated Loss | Insured Amount | Settlement Amount |
|---|---|---|---|---|
| Buildings | $2,000,000.00 | $2,000,000.00 | $0.00 | $0.00 |
| Vehicles | $0.00 | $0.00 | $0.00 | $0.00 |
| Contents | $750,000.00 | $750,000.00 | $0.00 | $0.00 |

## C Insurance Company

Business name if applicable

Contact Name

Street or highway

Post office box

City

State  Zip Code

Phone Number

Agent Name

Policy Number

☐ Buildings  ☐ Vehicles  ☐ Contents
Policy Coverage

:yden fire